Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

**GRANTED**

/s/ Yvonne Gonzalez Rogers
Judge Yvonne Gonzalez Rogers
12/1/16

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND)

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ENCARNACION PEREZ, et al.,<br><br>Defendants. | Case No.:  4:16-cv-02199-YGR<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS ENCARNACION PEREZ AND VICENTE PEREZ |

**NOTICE IS HEREBY GIVEN** that Plaintiff voluntarily dismisses *without prejudice* to Defendants Encarnacion Perez and Vicente Perez, individually and d/b/a Mariscos Estilo Sinaloa a/k/a El Malecon Mariscos Restaurant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated:  November 30, 2016      /s/ *Thomas P. Riley*
                               **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                               By:  Thomas P. Riley
                               Attorneys for Plaintiff
                               J & J Sports Productions, Inc.